# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00261-PMP-RJJ |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| NATHAN DENT, ) | |
| Defendant. ) | |

On December 31, 2009, the Honorable Robert J. Johnston United States Magistrate Judge, entered a Report and Recommendation (Doc. #54) recommending that Defendant's Motion to Suppress (Doc. #25) be denied.

On January 4, 2010, Defendant filed an Objection to Magistrate Judge Johnston's Report and Recommendation (Doc. #55). To which Plaintiff United States filed a Response (Doc. #57) filed January 6, 2010. On January 8, 2010, the Court heard argument from counsel regarding Defendant's objections to the Report and Recommendation of the Magistrate Judge.

In accord with provisions of 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 the Court has conducted a <u>de novo</u> review of the proceedings before Magistrate Judge Johnston relating to Defendant's motion to suppress. The Court finds that Defendant's objection (Doc. #55) should be overruled and the Recommendation of Magistrate Judge Johnston (Doc. #54) should be Affirmed.

///

**IT IS THEREFORE ORDERED that** Defendant Nathan Dent's Objection (Doc. #55) is Overruled and Magistrate Judge Johnston's Report and Recommendation (Doc. #54) is Affirmed and Defendant Dent's Motion to Suppress (Doc. #25) is DENIED.

DATED: January 14, 2010.

_____
PHILIP M. PRO
United States District Judge